**From:** Michael Pohl <pohlatty@me.com>
**Date:** January 22, 2014 at 8:33:45 AM CST
**To:** Scott Walker <swalker@maxwell-walker.com>
**Cc:** Steve Seymour <steveseymour@att.net>, Kirk Ladner <kirkdladner@yahoo.com>, Edgar Jaimes <edgarsroom@gmail.com>
**Subject: Re: Time Records (July 15th, 2012 - December 31st, 2013)**

Scott:
I got your time records. We'll keep a running total.

Sent from my iPhone

On Jan 21, 2014, at 2:43 PM, Scott Walker <swalker@maxwell-walker.com> wrote:

> Michael,
>
> Attached are the time records we discussed.
>
> Edgar, please print for Michael.
>
> Thanks.
> Scott
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Maria Jeanfreau <mariaprecisionmg@yahoo.com>
>> **Date:** January 21, 2014 at 2:14:15 PM EST
>> **To:** Scott Walker <swalker@maxwell-walker.com>
>> **Cc:** Kirk Ladner <kirkdladner@yahoo.com>
>> **Subject: Invoices**
>> **Reply-To:** Maria Jeanfreau <mariaprecisionmg@yahoo.com>
>>
>> Total for all 18 invoices is 8,025,000.00
>>
>> *Maria Jeanfreau*
>> **BP CLAIM ASSISTANCE GROUP**
>> Office: 1-855-347-6427 (Toll Free)
>> Local: 228-206-1983
>> Fax: 228-284-1677
>> Monday - Friday 8:00am - 5:00pm CST
>>
>> CONFIDENTIALITY NOTICE -- This electronic message and the files transmitted with it contain private and confidential information belonging to the sender or the intended recepient. This information is intended ONLY for the individual or entity named above. If you are not the intended recepient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or taking any action in reliance with the contents of this information

EXHIBIT 7

is strictly prohibited. If you have received this electronic transmission in error, please notify the sender immediately by telephone, fax, or email for the return of the electronic email, attachments, or documents.

<Invoice 7.12.docx>

<Invoice 8.12.docx>

<Invoice 9.12.docx>

<Invoice 10.12.docx>

<Invoice 11.12.docx>

<Invoice 12.12.docx>

<Invoice 1.13.docx>

<Invoice 2.13.docx>

<Invoice 3.13.docx>

<Invoice 4.13.docx>

<Invoice 5.13.docx>

<Invoice 6.13.docx>

<Invoice 7.13.docx>

<Invoice 8.13.docx>

<Invoice 9.13.docx>

<Invoice 10.13.docx>

<Invoice 11.13.docx>

<Invoice 12.13.docx>

# INVOICE

Date: July 15, 2012 - July 31, 2012
Invoice # 07.12

Precision Marketing Group, LLC
1 Hancock Plaza 2510
14th St. Ste. 1200
Gulfport, MS 39501

TO

Law Office of Michael A. Pohl
8122 Middlebury Lane
Houston, TX 77070

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 170 | 255,000.00 |
| | | SUBTOTAL | | 255,000.00 |
| | | TOTAL | | $255,00.00 |

# INVOICE

Date: August 1, 2012 - August 31, 2012
Invoice # 08.12

Precision Marketing
Group, LLC
1 Hancock Plaza 2510
14th St. Ste. 1200
Gulfport, MS 39501

TO

Law Office of Michael A. Pohl
8122 Middlebury Lane
Houston, TX 77070

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 465,000.00 |
| TOTAL | | $465,000.00 |

# INVOICE

Date: September 1, 2012 - September 30, 2012
Invoice # 09.12

Precision Marketing
Group, LLC
1 Hancock Plaza 2510
14th St. Ste. 1200
Gulfport, MS 39501

TO

Law Office of Michael A. Pohl
8122 Middlebury Lane
Houston, TX 77070

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 300 | 450,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 450,000.00 |
| TOTAL | | $450,000.00 |

# INVOICE

Date: October 1, 2012 -October 31, 2012
Invoice # 10.12

Precision Marketing          TO          Law Office of Michael A. Pohl
Group, LLC                               8122 Middlebury Lane
1 Hancock Plaza 2510                     Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | 465,000.00 |
| | | TOTAL | $465,000.00 |

# INVOICE

Date: November 1, 2012 - November 30, 2012
Invoice # 11.12

Precision Marketing        TO        Law Office of Michael A. Pohl
Group, LLC                           8122 Middlebury Lane
1 Hancock Plaza 2510                 Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 300 | 450,000.00 |
| | | SUBTOTAL | | 450,000.00 |
| | | TOTAL | | $450,000.00 |

# INVOICE

Date: December 1, 2012 - December 31, 2012
Invoice # 12.12

Precision Marketing    TO    Law Office of Michael A. Pohl
Group, LLC                   8122 Middlebury Lane
1 Hancock Plaza 2510         Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |
| | | | SUBTOTAL | 465,000.00 |
| | | | TOTAL | $465,000.00 |

# INVOICE

Date: January 1, 2013 - January 31, 2013
Invoice # 1.13

Precision Marketing Group, LLC
1 Hancock Plaza 2510
14th St. Ste. 1200
Gulfport, MS 39501

TO

Law Office of Michael A. Pohl
8122 Middlebury Lane
Houston, TX 77070

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 465,000.00 |
| TOTAL | | $465,000.00 |

# INVOICE

Date: February 1, 2013 - February 28, 2013
Invoice # 2.13

Precision Marketing         TO          Law Office of Michael A. Pohl
Group, LLC                              8122 Middlebury Lane
1 Hancock Plaza 2510                    Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 280 | 420,000.00 |
| | | SUBTOTAL | | 420,000.00 |
| | | TOTAL | | $420,000.00 |

# INVOICE

Date: March 1, 2013 - March 31, 2013
Invoice # 3.13

Precision Marketing   TO   Law Office of Michael A. Pohl
Group, LLC                 8122 Middlebury Lane
1 Hancock Plaza 2510       Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |
| | | SUBTOTAL | | 465,000.00 |
| | | TOTAL | | $465,000.00 |

# INVOICE

Date: April 1, 2013 - April 30, 2013
Invoice # 4.13

Precision Marketing    TO    Law Office of Michael A. Pohl
Group, LLC                   8122 Middlebury Lane
1 Hancock Plaza 2510         Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 300 | 450,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 450,000.00 |
| TOTAL | | $450,000.00 |

# INVOICE

Date: May 1, 2013 - May 31, 2013
Invoice # 5.13

Precision Marketing　　TO　　Law Office of Michael A. Pohl
Group, LLC　　　　　　　　　8122 Middlebury Lane
1 Hancock Plaza 2510　　　　Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | | | |
|---|---|---|---|
| | SUBTOTAL | | 465,000.00 |
| | TOTAL | | $465,000.00 |

# INVOICE

Date: June 1, 2013 - June 30, 2013
Invoice # 6.13

Precision Marketing          TO          Law Office of Michael A. Pohl
Group, LLC                               8122 Middlebury Lane
1 Hancock Plaza 2510                     Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 300 | 450,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 450,000.00 |
| TOTAL | | $450,000.00 |

INVOICE

Date: July 1, 2013 - July 31, 2013
Invoice # 7.13

Precision Marketing       TO        Law Office of Michael A. Pohl
Group, LLC                           8122 Middlebury Lane
1 Hancock Plaza 2510                 Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | SUBTOTAL | | 465,000.00 |
|---|---|---|---|
| | TOTAL | | $465,000.00 |

# INVOICE

Date: August 1, 2013 - August 31, 2013
Invoice # 8.13

Precision Marketing
Group, LLC
1 Hancock Plaza 2510
14th St. Ste. 1200
Gulfport, MS 39501

TO

Law Office of Michael A. Pohl
8122 Middlebury Lane
Houston, TX 77070

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 465,000.00 |
| TOTAL | | $465,000.00 |

# INVOICE

Date: September 1, 2013 - September 30, 2013
Invoice # 9.13

Precision Marketing  TO  Law Office of Michael A. Pohl
Group, LLC              8122 Middlebury Lane
1 Hancock Plaza 2510    Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 300 | 450,000.00 |
| | | SUBTOTAL | | 450,000.00 |
| | | TOTAL | | $450,000.00 |

# INVOICE

Date: October 1, 2013 - October 31, 2013
Invoice # 10.13

Precision Marketing    TO    Law Office of Michael A. Pohl
Group, LLC                   8122 Middlebury Lane
1 Hancock Plaza 2510         Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |
| | | SUBTOTAL | | 465,000.00 |
| | | TOTAL | | $465,000.00 |

INVOICE

Date: November 1, 2013 - November 30, 2013
Invoice # 11.13

Precision Marketing          TO          Law Office of Michael A. Pohl
Group, LLC                               8122 Middlebury Lane
1 Hancock Plaza 2510                     Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 300 | 450,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 450,000.00 |
| TOTAL | | $450,000.00 |

# INVOICE

Date: December 1, 2013 - December 31, 2013
Invoice # 12.13

Precision Marketing      TO      Law Office of Michael A. Pohl
Group, LLC                       8122 Middlebury Lane
1 Hancock Plaza 2510             Houston, TX 77070
14th St. Ste. 1200
Gulfport, MS 39501

| ITEM | DESCRIPTION | UNIT PRICE | QUANTITY (HOURS) | AMOUNT |
|---|---|---|---|---|
| Service | Marketing and Public Relations | 1500.00 | 310 | 465,000.00 |

| | SUBTOTAL | | 465,000.00 |
|---|---|---|---|
| | TOTAL | | $465,000.00 |

INVOICE