IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT WALKER, et al.**                                                          **PLAINTIFFS**

**VERSUS**                                                    **CAUSE NO: 1:14-cv-381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                                    **DEFENDANTS**

### CORBAN GUNN VAN CLEAVE, PLLC'S, CLYDE H. GUNN, III., ESQUIRE'S, CHRISTOPHER C. VAN CLEAVE, ESQUIRE'S, AND DAVID N. HARRIS, JR. ESQUIRE'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE PLAINTIFFS

COME NOW Corban Gunn Van Cleave, PLLC,[1] Clyde H. Gunn, III., Esquire, Christopher C. Van Cleave, Esquire, and David N. Harris, Jr., Esquire and, pursuant to L.U.Civ.R. 83.1(b)((3) move this Honorable Court to enter an Order allowing them to withdraw as counsel of record for the Plaintiffs, SCOTT WALKER, Individually and d/b/a Maxwell & Walker Consulting Group, LLC and/or d/b/a Precision Marketing Group, LLC; STEVE SEYMOUR, Individually and d/b/a Diamond Consulting and/or d/b/a Precision Marketing Group, LLC; and KIRK D. LADNER, Individually and d/b/a The Ladner Group and/or d/b/a Precision Marketing Group, LLC, as follows:

1. Undersigned Counsel and the Plaintiffs have discussed the circumstances of withdrawal, and that this Motion to Withdraw is being filed. Plaintiffs, and each of them, consent and agree to withdrawal of undersigned Counsel as evidenced by their execution of this Motion, below.

2. Undersigned Counsel respectfully request that they be excused from the obligation of filing a separate Memorandum of law in light of the concise nature of this pleading.

WHEREFORE PREMISES CONSIDERED, undersigned Counsel respectfully request this Court enter an Order GRANTING this motion, and authorizing the law firm of Corban Gunn Van Cleave, PLLC, Clyde H. Gunn, III., Esquire, Christopher C. Van Cleave, Esquire, and

---

[1] W. Corban Gunn, Esquire, who has also entered his appearance as Counsel of Record for the Plaintiffs, is no longer associated with Corban Gunn Van Cleave, PLLC.

David N. Harris, Jr., Esquire to withdraw as Counsel of Record for the Plaintiffs, and each of them, in this matter and be relieved of any further obligations in this matter (Undersigned Counsel are separately submitting a proposed Order to the Court in compliance with the Fed.R.Civ.P. and Local Rules).

Respectfully submitted, this the 23rd day of March, 2015.

BY: /s/ Clyde H. Gunn, III.
CLYDE H. GUNN, III, (MSB # 5074)

/s/ Christopher C. Van Cleave
CHRISTOPHER C. VAN CLEAVE (MSB # 10796)

/s/ David N. Harris, Jr.
DAVID N. HARRIS, JR. (MSB # 100790)

Clyde H. Gunn, III, (MSB #5074)
Christopher C. Van Cleave, (MSB #10796)
David N. Harris, Jr. (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, PLLC
Post Office Drawer 1916
Biloxi, Mississippi 39533-1916
Telephone: (228) 432-7826
Facsimile: (228) 456-0998
buddy@cgvclaw.com
christopher@cgvclaw.com
david@cgvclaw.com

BY: _____
SCOTT WALKER, Individually and d/b/a Maxwell & Walker Consulting Group, LLC and/or d/b/a Precision Marketing Group, LLC

_____
STEVE SEYMOUR, Individually and d/b/a Diamond Consulting and/or d/b/a Precision Marketing Group, LLC

_____
KIRK D. LADNER, Individually and d/b/a The Ladner Group and/or d/b/a Precision Marketing Group, LLC

2

David N. Harris, Jr., Esquire to withdraw as Counsel of Record for the Plaintiffs, and each of them, in this matter and be relieved of any further obligations in this matter (Undersigned Counsel are separately submitting a proposed Order to the Court in compliance with the Fed.R.Civ.P. and Local Rules).

Respectfully submitted, this the ____ day of March, 2015.

BY:_____
CLYDE H. GUNN, III, (MSB #5074)


_____
CHRISTOPHER C. VAN CLEAVE MSB #  10796


_____
DAVID N. HARRIS, JR. (MSB #100790)

Clyde H. Gunn, III, (MSB #5074)
Christopher C. Van Cleave, (MSB #10796)
David N. Harris, Jr. (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, PLLC
Post Office Drawer 1916
Biloxi, Mississippi 39533-1916
Telephone:  (228) 432-7826
Facsimile:   (228) 456-0998
buddy@cgvclaw.com
christopher@cgvclaw.com
david@cgvclaw.com

BY:_____
SCOTT WALKER, Individually and d/b/a Maxwell & Walker Consulting Group, LLC and/or d/b/a Precision Marketing Group, LLC


_____
STEVE SEYMOUR, Individually and d/b/a Diamond Consulting and/or d/b/a Precision Marketing Group, LLC


_____
KIRK D. LADNER, Individually and d/b/a The Ladner Group and/or d/b/a Precision Marketing Group, LLC

2

David N. Harris, Jr., Esquire to withdraw as Counsel of Record for the Plaintiffs, and each of them, in this matter and be relieved of any further obligations in this matter (Undersigned Counsel are separately submitting a proposed Order to the Court in compliance with the Fed.R.Civ.P. and Local Rules).

Respectfully submitted, this the ____ day of March, 2015.

BY:_____
CLYDE H. GUNN, III, (MSB #5074)


_____
CHRISTOPHER C. VAN CLEAVE MSB # 10796


_____
DAVID N. HARRIS, JR. (MSB #100790)

Clyde H. Gunn, III, (MSB #5074)
Christopher C. Van Cleave, (MSB #10796)
David N. Harris, Jr. (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, PLLC
Post Office Drawer 1916
Biloxi, Mississippi 39533-1916
Telephone: (228) 432-7826
Facsimile: (228) 456-0998
buddy@cgvclaw.com
christopher@cgvclaw.com
david@cgvclaw.com

BY:_____
SCOTT WALKER, Individually and d/b/a Maxwell & Walker Consulting Group, LLC and/or d/b/a Precision Marketing Group, LLC

_____
STEVE SEYMOUR, Individually and d/b/a Diamond Consulting and/or d/b/a Precision Marketing Group, LLC

_____
KIRK D. LADNER, Individually and d/b/a The Ladner Group and/or d/b/a Precision Marketing Group, LLC

2

## CERTIFICATE OF SERVICE

I, Christopher C. Van Cleave, do hereby certify that on this date I electronically filed with the Clerk of Court through the ECF system, a true and correct copy of the above and same forwarded via the ECF system to:

Joe Sam Owen
OWEN, GALLOWAY & MYERS, PLLC
1414 25th Avenue
Post Office Drawer 420
Gulfport, Mississippi 39502-0420
Telephone: (228) 868-2821
Facsimile: (228) 864-6421

J. Michael Coleman
Hagwood Aldelman Tipton PC
One LeFleur's Square
4735 Old Canton Road, Suite 111
P. O. Box 14188
Jackson, MS 39236-4188
Telephone: (601) 608-6300
Facsimile: (601) 362-3642

Carl Hagwood
Hagwood Aldelman Tipton PC
540 Main Street, Suite 403 (38701)
P. O. Box 4537
Greenville, MS 38704-4537
Telephone: (662) 335-5555
Facsimile: (662) 335-5700

**ATTORNEYS FOR JIMMY WILLIAMSON AND JIMMY WILLIAMSON, PC**

George W. "Billy" Shepherd
Stephen R. Bailey
Allison Standish Miller
Lamar G. Sellers
Shepherd, Scott, Clawater & Houston, LLP
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone: (713) 650-6600
Facsimile: (713) 650-1720

William E. Whitfield, III
Copeland, Cook, Taylor & Bush, PA
P. O. Box 10
Gulfport, MS 39502
Telephone: (228) 863-6101
Facsimile: (228) 863-9526

**ATTORNEYS FOR MICHAEL POHL, INDIVIDUALLY AND
D/B/A THE LAW OFFICE OF MICHAEL A. POHL**

I have further served a copy of the pleading to following by email and/or U.S. Mail.

Mr. Scott Walker          Mr. Steve Seymour          Mr. Kirk D. Ladner

**PLAINTIFFS**

3

This the 23rd day of March, 2015.

          By: *s/ Christopher C. Van Cleave*
             CHRISTOPHER C. VAN CLEAVE (MSB#10796)