**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SCOTT WALKER, et al.**                                                    **PLAINTIFFS**

**VERSUS**                                          **CAUSE NO: 1:14-cv-381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                          **DEFENDANTS**

<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

**COMES NOW,** Tina L. Nicholson, of the law firm of Baker Nicholson, LLP, 2402

Dunlavy Street, Houston, Texas 77006, and hereby enters her appearance as counsel of record

for Plaintiffs, Scott Walker, Steve Seymour and Kirk D. Ladner.

Respectfully submitted, this 13th day of May, 2015.

BY:     */s/ Tina L. Nicholson*
          TINA L. NICHOLSON
          MSB #99643
          BAKER NICHOLSON, LLP
          2402 Dunlavy Street
          Houston, Texas 77006
          Telephone: (713) 341-0030
          Facsimile: (888) 244-2618
          nicholson@bakernicholson.com

          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this **13th day of May, 2015,** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

I have further served a copy of the pleading to the following by email and/or U.S. Mail:

Scott Walker            Steve Seymour            Kirk D. Ladner

**PLAINTIFFS**

*/s/ Tina L. Nicholson*
TINA L. NICHOLSON