**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SCOTT WALKER, et al.**                                                                **PLAINTIFFS**

**VERSUS**                                                   **CAUSE NO: 1:14-cv-381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                                          **DEFENDANTS**

## ENTRY OF APPEARANCE

**COMES NOW** Nathan S. Farmer of the Law Firm of Nathan S. Farmer, P.A., and hereby gives notice of appearance in this action, advising the Court that the undersigned attorney represents the Plaintiffs, Scott Walker, Kirk D. Ladner and Steve Seymour.

Respectfully submitted on this the 9th day of July, A.D., 2015.

*/s/Nathan S. Farmer*
NATHAN S. FARMER
MS Bar No. 09353
Nathan S. Farmer, P.A.
P.O. Box 1608
Picayune, MS 39466
PH: 601-749-8745
FAX: 601-749-7045