# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**SCOTT WALKER, et al.**                                          **PLAINTIFFS**

**VERSUS**                                          **CAUSE NO: 1:14-cv-381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                    **DEFENDANTS**

## NOTICE OF WITHDRAWAL OF MOTION

**COMES NOW** Precision Marketing Group, LLC and withdraws its Motion to Substitute Precision Marketing Group, LLC as the Party Plaintiff [Doc. 87].

Respectfully submitted, this 23rd day of October, 2015.

                                                  BY:    */s/ Tina L. Nicholson*
                                                             TINA L. NICHOLSON
                                                             MSB #99643
                                                             BAKER NICHOLSON, LLP
                                                             2402 Dunlavy Street
                                                             Houston, Texas 77006
                                                             Telephone: (713) 341-0030
                                                             Facsimile: (888) 244-2618
                                                             nicholson@bakernicholson.com

                                                             **ATTORNEY FOR**
                                                             **PRECISION MARKETING GROUP, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **23rd day of October, 2015,** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Tina L. Nicholson*
TINA L. NICHOLSON