The UPS Store #3713
2953 Bienville Blvd
Ocean Springs, MS 39564

228.875.5616 Tel
228.875.9891 Fax
M-F: 8:00am-6:30pm
Sat: 9:00am-2:30pm
Sun: Closed



## Fax Cover

### The UPS Store

To: Ken Tailey (Rm #1101)     Fax #: 304).353.3722

Date: 3/14/14     # of Pages (including cover sheet): 5

From: Scott Walker     Phone #: 228).324.3999

Subject: Signature — Cheetham Case

Cathe,

Please have Angela Daniel & Mark Cheetham sign in the appropriate places on Monday.

Thanks.
Scott

## New Name.
## New Low UPS® Rates.
## Same Helpful Services.

If you are not the intended recipient, do not disclose, copy, distribute or use this information. If you received this transmission in error, please call immediately to arrange return of the documents at no cost to you.

**EXHIBIT "C"**

*Law Offices of*
**MICHAEL A. POHL**
*8122 Middlebury Lane*
*Houston, Texas 77070*
*Telephone: (713) 652-0100*
*Facsimile: (713) 650-0687*

March 14, 2014.

Ms. Angela Campbell Daniel
613 Park Street
Patterson, LA 70392

    Re:    Vehicle Accident 2/15/14
                DeWayne Thomas Escort, Deceased

Dear Ms. Angela,

    Enclosed you will find the Agreement and Consent to Terms of Associate Counsel/Division of fees, this document explains that our firm is going to join forces with The Ammons Law Firm, LLP to work on your case and how the fees will be divided among the firms. This agreement does not change any terms to the original contract signed with our firm.

    Please sign the Agreement where indicated, and send it back in the enclosed pre-paid Fedex envelope.

    If you have any questions or concerns regarding this letter, please feel free to contact me at: (713) 515 5277.

Sincerely,

*Michael C. Pohl*

Michael A. Pohl
Attorney

## AGREEMENT AND CONSENT TO TERMS OF ASSOCIATE COUNSEL/DIVISION OF FEES

1. In consideration of and for the mutual consents and agreements contained herein, ANGELA CAMPBELL DANIEL, Wrongful Death Beneficiary of DeWayne Thomas Escort, Deceased (hereinafter referred to as "Client"), a client of the Law Offices of Michael A. Pohl ("Pohl"), and The Ammons Law Firm, LLP ("Ammons"), enter into this Agreement and Consent to Terms of Associate Counsel/Division of Fees (the "Agreement"). Client acknowledges and agrees that, prior to the time that the last of the parties executed this Agreement:

    (a) Pohl had not referred Client's representation regarding the Incident to Ammons for handling;
    (b) Pohl had not associated Ammons in the representation of Client regarding the Incident;
    (c) Ammons had not agreed to represent or participate in representing Client regarding the Incident or any other matter; and
    (d) Ammons had no attorney-client relationship with Client.

2. Client has entered into a contingent fee contract with Pohl for Pohl to represent Client with respect to claims arising from the vehicular accident that occurred on U.S. io, St. Mary Parish, Louisiana, on February 15, 2014 (the "Incident"). The contingent fee contract is hereinafter referred to as "Pohl's Contract With Client".

3. Pohl and Ammons are not in the same law firm. Pohl has proposed associating Ammons in Client's representation regarding the Incident, and Client desires Ammons to be associated in Client's representation regarding the Incident. Consistent with Pohl's proposal and Client's desire, and prior to the time of Ammons' association in the representation of Client, Client agrees and consents as follows:

    (a) The total amount of any fees to be shared by Ammons and Pohl will be calculated as set forth in Pohl's Contract With Client. This Agreement does *not* in any way increase the attorney's fee to the Client;

    (b) Ammons and Pohl will divide any attorney's fees that result from representation of Client regarding the Incident based on the fact that Ammons and Pohl agree to assume joint responsibility for Client's representation regarding the Incident;

_____
Client Initials
    (c) Ammons and Pohl will share any attorney's fees that result from representation of Client regarding the Incident such that Ammons will receive 50% of the fees and Pohl will receive 50% of the total fees;

    (d) Ammons will represent Client regarding the Incident under the terms of Pohl's Contract With Client;

    (e) Pohl's Contract With Client entitles Pohl to be reimbursed, from Client's portion of any recovery, for all costs and expenses incurred by Pohl that are associated with representation of Client regarding the Incident; and Client will reimburse Ammons, from Client's portion of any recovery, for all costs and expenses incurred by Ammons that are associated with representation of Client regarding the Incident.

4. Ammons agrees to associate in the representation of Client regarding the Incident. Ammons and Pohl agree to assume joint responsibility for the representation of Client. Pohl agrees, without limitation, to make reasonable efforts to assure the adequacy of the representation of Client regarding the Incident, and to provide adequate communication to Client with respect to representation of Client regarding the Incident.

|  |  |
|---|---|
| _____ <br> ANGELA CAMPBELL DANIEL, Wrongful Death Beneficiary of DeWayne Thomas Escort, Deceased <br> Date: _____ <br> Address: 613 Park Street, Patterson, LA 70392 <br> Telephone: 985-255-9365 <br> Angela Daniel Date of Birth: 5/28/75 <br> Angela Daniel SSN: _____ <br> DeWayne Escort Date of Birth: 3/31/99 <br> DeWayne Escort SSN: _____ | THE AMMONS LAW FIRM, L.L.P. <br><br> By: _____ <br> Date: _____ <br><br><br> LAW OFFICES OF MICHAEL A. POHL <br><br> By: _____ <br> Date: _____ |

*Law Offices of*
**MICHAEL A. POHL**
*8122 Middlebury Lane*
*Houston, Texas 77070*
*Telephone: (713) 652-0100*
*Facsimile: (713) 650-0687*

March 14, 2014.

Mr. Mark Cheatham
105 Gros Street
Schriever, LA 70395

    Re:    Vehicle Accident 2/15/14
               Ladonna Cheatham, Markus Cheatham & Destiny Cheatham, Deceased

Dear Mr. Mark,

    Enclosed you will find the Agreement and Consent to Terms of Associate Counsel/Division of fees, this document explains that our firm is going to join forces with The Ammons Law Firm, LLP to work on your case and how the fees will be divided among the firms. This agreement does not change any terms to the original contract signed with our firm.

    Please sign the Agreement where indicated, and send it back in the enclosed prepaid Fedex envelope.

    If you have any questions or concerns regarding this letter, please feel free to contact me at: (713) 515 5277.

                                    Sincerely,

                                    Michael A. Pohl
                                    Attorney

## AGREEMENT AND CONSENT TO TERMS OF ASSOCIATE COUNSEL/DIVISION OF FEES

1. In consideration of and for the mutual consents and agreements contained herein, MARK CHEATHAM, Wrongful Death Beneficiary of Ladonna Cheatham, Deceased, Destiny Cheatham, Deceased, and Markus Cheatham, Deceased, and on behalf of Mark Cheatham, a Minor, as Wrongful Death Beneficiary of Ladonna Cheatham, Deceased (hereinafter referred to as "Client"), a client of the Law Offices of Michael A. Pohl ("Pohl"), and The Ammons Law Firm, LLP ("Ammons"), enter into this Agreement and Consent to Terms of Associate Counsel/Division of Fees (the "Agreement"). Client acknowledges and agrees that, prior to the time that the last of the parties executed this Agreement:

(a) Pohl had not referred Client's representation regarding the Incident to Ammons for handling;
(b) Pohl had not associated Ammons in the representation of Client regarding the Incident;
(c) Ammons had not agreed to represent or participate in representing Client regarding the Incident or any other matter; and
(d) Ammons had no attorney-client relationship with Client.

2. Client has entered into a contingent fee contract with Pohl for Pohl to represent Client with respect to claims arising from the vehicular accident that occurred on U.S. 10, St. Mary Parish, Louisiana, on February 15, 2014 (the "Incident"). The contingent fee contract is hereinafter referred to as "Pohl's Contract With Client".

3. Pohl and Ammons are not in the same law firm. Pohl has proposed associating Ammons in Client's representation regarding the Incident, and Client desires Ammons to be associated in Client's representation regarding the Incident. Consistent with Pohl's proposal and Client's desire, and prior to the time of Ammons' association in the representation of Client, Client agrees and consents as follows:

(a) The total amount of any fees to be shared by Ammons and Pohl will be calculated as set forth in Pohl's Contract With Client. This Agreement does *not* in any way increase the attorney's fee to the Client;

(b) Ammons and Pohl will divide any attorney's fees that result from representation of Client regarding the Incident based on the fact that Ammons and Pohl agree to assume joint responsibility for Client's representation regarding the Incident;

_____
Client Initials
(c) Ammons and Pohl will share any attorney's fees that result from representation of Client regarding the Incident such that Ammons will receive 50% of the fees and Pohl will receive 50% of the total fees;

(d) Ammons will represent Client regarding the Incident under the terms of Pohl's Contract With Client;

(e) Pohl's Contract With Client entitles Pohl to be reimbursed, from Client's portion of any recovery, for all costs and expenses incurred by Pohl that are associated with representation of Client regarding the Incident; and Client will reimburse Ammons, from Client's portion of any recovery, for all costs and expenses incurred by Ammons that are associated with representation of Client regarding the Incident.

4. Ammons agrees to associate in the representation of Client regarding the Incident. Ammons and Pohl agree to assume joint responsibility for the representation of Client. Pohl agrees, without limitation, to make reasonable efforts to assure the adequacy of the representation of Client regarding the Incident, and to provide adequate communication to Client with respect to representation of Client regarding the Incident.

_____
MARK CHEATHAM, Wrongful Death Beneficiary of Ladonna Cheatham, Deceased, Destiny Cheatham, Deceased, and Markus Cheatham, Deceased, and on behalf of Mark Cheatham, a Minor, as Wrongful Death Beneficiary of Ladonna Cheatham, Deceased
Date: _____

Address: 105 Gros Street; Schriever, LA 70395
Telephone: 985-492-8418
Date of Birth: 2/3/79
SSN: _____

THE AMMONS LAW FIRM, L.L.P.

By: _____
Date: _____

LAW OFFICES OF MICHAEL A. POHL

By: _____
Date: _____

## HELPING HANDS FINANCING, LLC.

### FUNDING SCHEDULE

Claimant/borrower: __Mark K. Cheatham__
(Name)

Case Identity: __Defrend on Hwy 90, St. Mary Parish__

The Funding Agreement signed by me is adopted by reference herein. By my signature below I acknowledge the request for and receipt of the Case funding designated below.

| Amount: | Date: | Interest Rate: | Claimant Signature: |
|---|---|---|---|
| $2000 | 2/19/14 | 1.5% (Monthly) | Mark Cheatham |
| $8000 | 2/21/14 | 1.5% (Monthly) | Mark Cheatham |
| $500 | 3/17/14 | 1.5% (Monthly) | |

In the event of a dispute, my attorney shall be entitled to his fee and expenses. But my proceeds shall be held by my attorney until my Funding Agent is paid in full

AGREED:

__Mark K Cheatham__

Claimant Signature

TRANSMISSION VERIFICATION REPORT

```
TIME   : 03/14/2014 15:03
NAME   : THE UPS STORE
FAX    : 2288759891
TEL    : 2288755616
SER.#  : 000D2V543013
```

```
DATE,TIME         03/14  15:02
FAX NO./NAME      13043533722
DURATION          00:01:09
PAGE(S)           06
RESULT            OK
MODE              STANDARD
                  ECM
```

## AGREEMENT AND CONSENT TO TERMS OF ASSOCIATE COUNSEL/DIVISION OF FEES

1. In consideration of and for the mutual consents and agreements contained herein, DONALD CAMPBELL, SR., Wrongful Death Beneficiary of Ladonna Cheatham, Deceased (hereinafter referred to as "Client"), a client of the Law Offices of Michael A. Pohl ("Pohl"), and The Ammons Law Firm, LLP ("Ammons"), enter into this Agreement and Consent to Terms of Associate Counsel/Division of Fees (the "Agreement"). Client acknowledges and agrees that, prior to the time that the last of the parties executed this Agreement:

   (a) Pohl had not referred Client's representation regarding the Incident to Ammons for handling;
   (b) Pohl had not associated Ammons in the representation of Client regarding the Incident;
   (c) Ammons had not agreed to represent or participate in representing Client regarding the Incident or any other matter; and
   (d) Ammons had no attorney-client relationship with Client.

2. Client has entered into a contingent fee contract with Pohl for Pohl to represent Client with respect to claims arising from the vehicular accident that occurred on U.S. 90, St. Mary Parish, Louisiana, on February 15, 2014 (the "Incident"). The contingent fee contract is hereinafter referred to as "Pohl's Contract With Client".

3. Pohl and Ammons are not in the same law firm. Pohl has proposed associating Ammons in Client's representation regarding the Incident, and Client desires Ammons to be associated in Client's representation regarding the Incident. Consistent with Pohl's proposal and Client's desire, and prior to the time of Ammons' association in the representation of Client, Client agrees and consents as follows:

   (a) The total amount of any fees to be shared by Ammons and Pohl will be calculated as set forth in Pohl's Contract With Client. This Agreement does *not* in any way increase the attorney's fee to the Client;

   (b) Ammons and Pohl will divide any attorney's fees that result from representation of Client regarding the Incident based on the fact that Ammons and Pohl agree to assume joint responsibility for Client's representation regarding the Incident;

   (c) Ammons and Pohl will share any attorney's fees that result from representation of Client regarding the Incident such that Ammons will receive 50% of the fees and Pohl will receive 50% of the total fees;

   *DC* / Client Initials

   (d) Ammons will represent Client regarding the Incident under the terms of Pohl's Contract With Client;

   (e) Pohl's Contract With Client entitles Pohl to be reimbursed, from Client's portion of any recovery, for all costs and expenses incurred by Pohl that are associated with representation of Client regarding the Incident; and Client will reimburse Ammons, from Client's portion of any recovery, for all costs and expenses incurred by Ammons that are associated with representation of Client regarding the Incident.

4. Ammons agrees to associate in the representation of Client regarding the Incident. Ammons and Pohl agree to assume joint responsibility for the representation of Client. Pohl agrees, without limitation, to make reasonable efforts to assure the adequacy of the representation of Client regarding the Incident, and to provide adequate communication to Client with respect to representation of Client regarding the Incident.

*/s/ Donald Campbell*
Donald Campbell, Sr., Wrongful Death Beneficiary of Ladonna Cheatham, Deceased
Date: 3/24/14

Address: 1114 Birch St., Morgan City LA 70380
Telephone: 985-381-6906
Date of Birth: _____
SSN: _____

THE AMMONS LAW FIRM, L.L.P.
By: _____
Date: _____

LAW OFFICES OF MICHAEL A. POHL
By: _____
Date: _____

## AGREEMENT AND CONSENT TO TERMS OF ASSOCIATE COUNSEL/DIVISION OF FEES

1. In consideration of and for the mutual consents and agreements contained herein, MARK CHEATHAM, Wrongful Death Beneficiary of Ladonna Cheatham, Deceased, Destiny Cheatham, Deceased, and Markus Cheatham, Deceased, and on behalf of Mark Cheatham, a Minor, as Wrongful Death Beneficiary of Ladonna Cheatham, Deceased (hereinafter referred to as "Client"), a client of the Law Offices of Michael A. Pohl ("Pohl"), and The Ammons Law Firm, LLP ("Ammons"), enter into this Agreement and Consent to Terms of Associate Counsel/Division of Fees (the "Agreement"). Client acknowledges and agrees that, prior to the time that the last of the parties executed this Agreement:

   (a) Pohl had not referred Client's representation regarding the Incident to Ammons for handling;
   (b) Pohl had not associated Ammons in the representation of Client regarding the Incident;
   (c) Ammons had not agreed to represent or participate in representing Client regarding the Incident or any other matter; and
   (d) Ammons had no attorney-client relationship with Client.

2. Client has entered into a contingent fee contract with Pohl for Pohl to represent Client with respect to claims arising from the vehicular accident that occurred on U.S. 10, St. Mary Parish, Louisiana, on February 15, 2014 (the "Incident"). The contingent fee contract is hereinafter referred to as "Pohl's Contract With Client".

3. Pohl and Ammons are not in the same law firm. Pohl has proposed associating Ammons in Client's representation regarding the Incident, and Client desires Ammons to be associated in Client's representation regarding the Incident. Consistent with Pohl's proposal and Client's desire, and prior to the time of Ammons' association in the representation of Client, Client agrees and consents as follows:

   (a) The total amount of any fees to be shared by Ammons and Pohl will be calculated as set forth in Pohl's Contract With Client. This Agreement does not in any way increase the attorney's fee to the Client;

   (b) Ammons and Pohl will divide any attorney's fees that result from representation of Client regarding the Incident based on the fact that Ammons and Pohl agree to assume joint responsibility ... regarding the Incident;

   (c) Ammons and Pohl will share any attorney's fees that result from representation of Client regarding the Incident such that Ammons will receive 50% of the fees and Pohl will receive 50% of the total fees;

   (d) Ammons will ...

   (e) Pohl's Contract With Client entitles Pohl to be reimbursed, from Client's portion of any recovery, for all costs and expenses incurred by Pohl that are associated with representation of Client regarding the Incident; and Client will ... with representation of Client regarding the Incident.

MC
Client Initials

4. Ammons agrees to associate in the representation of Client regarding the Incident. Ammons and Pohl agree to assume joint responsibility for the representation of Client ...
regarding the Incident.

_____
m. l. a. H...
... Beneficiary of Ladonna Cheatham, Deceased, Destiny Cheatham, Deceased, and Markus Cheatham, Deceased, and on behalf of Mark Cheatham, a Minor, as Wrongful Death ...
Date: 3/17/...

Address: 105 Gros Street, Schriever, LA 70395
Telephone: 985-...
...: 03-17-2041

THE AMMONS LAW FIRM, L.L.P.
By: _____
Date: _____

By: _____

## AGREEMENT AND CONSENT TO TERMS OF ASSOCIATE COUNSEL/DIVISION OF FEES

1. In consideration of and for the mutual consents and agreements contained herein, ANGELA CAMPBELL DANIEL, Wrongful Death Beneficiary of DeWayne Thomas Escort, Deceased (hereinafter referred to as "Client"), a client of the Law Offices of Michael A. Pohl ("Pohl"), and The Ammons Law Firm, LLP ("Ammons"), enter into this Agreement and Consent to Terms of Associate Counsel/Division of Fees (the "Agreement"). Client acknowledges and agrees that, prior to the time that the last of the parties executed this Agreement:

   (a) Pohl had not referred Client's representation regarding the Incident to Ammons for handling;
   (b) Pohl had not associated Ammons in the representation of Client regarding the Incident;
   (c) Ammons had not agreed to represent or participate in representing Client regarding the Incident or any other matter; and
   (d) Ammons had no attorney-client relationship with Client.

2. Client has entered into a contingent fee contract with Pohl for Pohl to represent Client with respect to claims arising from the vehicular accident that occurred on U.S. 10, St. Mary Parish, Louisiana, on February 15, 2014 (the "Incident"). The contingent fee contract is hereinafter referred to as "Pohl's Contract With Client".

3. Pohl and Ammons are not in the same law firm. Pohl has proposed associating Ammons in Client's representation regarding the Incident, and Client desires Ammons to be associated in Client's representation regarding the Incident. Consistent with Pohl's proposal and Client's desire, and prior to the time of Ammons' association in the representation of Client, Client agrees and consents as follows:

   (a) The total amount of any fees to be shared by Ammons and Pohl will be calculated as set forth in Pohl's Contract With Client. This Agreement does *not* in any way increase the attorney's fee to the Client;

   (b) Ammons and Pohl will divide any attorney's fees that result from representation of Client regarding the Incident based on the fact that Ammons and Pohl agree to assume joint responsibility for Client's representation regarding the Incident;

   (c) Ammons and Pohl will share any attorney's fees that result from representation of Client regarding the Incident such that Ammons will receive 50% of the fees and Pohl will receive 50% of the total fees;
   [Client Initials]

   (d) Ammons will represent Client regarding the Incident under the terms of Pohl's Contract With Client;

   (e) Pohl's Contract With Client entitles Pohl to be reimbursed, from Client's portion of any recovery, for all costs and expenses incurred by Pohl that are associated with representation of Client regarding the Incident; and Client will reimburse Ammons, from Client's portion of any recovery, for all costs and expenses incurred by Ammons that are associated with representation of Client regarding the Incident.

4. Ammons agrees to associate in the representation of Client regarding the Incident. Ammons and Pohl agree to assume joint responsibility for the representation of Client. Pohl agrees, without limitation, to make reasonable efforts to assure the adequacy of the representation of Client regarding the Incident, and to provide adequate communication to Client with respect to representation of Client regarding the Incident.

[Signature]
ANGELA CAMPBELL DANIEL, Wrongful Death Beneficiary of
DeWayne Thomas Escort, Deceased
Date: 3/20/14
Address: 613 Park Street, Patterson, LA 70392
Telephone: 985-255-9365
Angela Daniel Date of Birth: 5/28/75
Angela Daniel SSN: 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
DeWayne Escort Date of Birth: 3/31/99
DeWayne Escort SSN: _____

THE AMMONS LAW FIRM, L.L.P.

By: _____
Date: _____

LAW OFFICES OF MICHAEL A. POHL

By: _____
Date: _____

## AGREEMENT AND CONSENT TO TERMS OF ASSOCIATE COUNSEL/DIVISION OF FEES

1. In consideration of and for the mutual consents and agreements contained herein, JANAR SCOTT on behalf of LANDON J. SCOTT, Minor and Wrongful Death Beneficiary of Ladonna Cheatham, Deceased (hereinafter referred to as "Client"), a client of the Law Offices of Michael A. Pohl ("Pohl"), and The Ammons Law Firm, LLP ("Ammons"), enter into this Agreement and Consent to Terms of Associate Counsel/Division of Fees (the "Agreement"). Client acknowledges and agrees that, prior to the time that the last of the parties executed this Agreement:

   (a) Pohl had not referred Client's representation regarding the Incident to Ammons for handling;
   (b) Pohl had not associated Ammons in the representation of Client regarding the Incident;
   (c) Ammons had not agreed to represent or participate in representing Client regarding the Incident or any other matter; and
   (d) Ammons had no attorney-client relationship with Client.

2. Client has entered into a contingent fee contract with Pohl for Pohl to represent Client with respect to claims arising from the vehicular accident that occurred on U.S. io, St. Mary Parish, Louisiana, on February 15, 2014 (the "Incident"). The contingent fee contract is hereinafter referred to as "Pohl's Contract With Client".

3. Pohl and Ammons are not in the same law firm. Pohl has proposed associating Ammons in Client's representation regarding the Incident, and Client desires Ammons to be associated in Client's representation regarding the Incident. Consistent with Pohl's proposal and Client's desire, and prior to the time of Ammons' association in the representation of Client, Client agrees and consents as follows:

   (a) The total amount of any fees to be shared by Ammons and Pohl will be calculated as set forth in Pohl's Contract With Client. This Agreement does *not* in any way increase the attorney's fee to the Client;

   (b) Ammons and Pohl will divide any attorney's fees that result from representation of Client regarding the Incident based on the fact that Ammons and Pohl agree to assume joint responsibility for Client's representation regarding the Incident;

   X __JS__
   Client
   Initials
   (c) Ammons and Pohl will share any attorney's fees that result from representation of Client regarding the Incident such that Ammons will receive 50% of the fees and Pohl will receive 50% of the total fees;

   (d) Ammons will represent Client regarding the Incident under the terms of Pohl's Contract With Client;

   (e) Pohl's Contract With Client entitles Pohl to be reimbursed, from Client's portion of any recovery, for all costs and expenses incurred by Pohl that are associated with representation of Client regarding the Incident; and Client will reimburse Ammons, from Client's portion of any recovery, for all costs and expenses incurred by Ammons that are associated with representation of Client regarding the Incident.

4. Ammons agrees to associate in the representation of Client regarding the Incident. Ammons and Pohl agree to assume joint responsibility for the representation of Client. Pohl agrees, without limitation, to make reasonable efforts to assure the adequacy of the representation of Client regarding the Incident, and to provide adequate communication to Client with respect to representation of Client regarding the Incident.

X __Janar Scott__
JANAR SCOTT on behalf of Landon J. Scott, a Minor & Wrongful
Death Beneficiary of Ladonna Cheatham, Deceased
Date: __3/24/14__

Address: 9203 Rome Court; Houma, LA 70363
Telephone: 985-855-0372
Janar Scott Date of Birth: __12-14-79__
Janar Scott SSN: __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__
Landon J. Scott Date of Birth: __8-10-10__
Landon J. Scott SSN: _____

THE AMMONS LAW FIRM, L.L.P.

By: _____
Date: _____

LAW OFFICES OF MICHAEL A. POHL

By: _____
Date: _____