**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**SCOTT WALKER, et al.**                                                                **PLAINTIFFS**

**V.**                                                 **CIVIL ACTION NO. 1:14cv381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                        **DEFENDANTS**

**ORDER**

On December 14, 2016, Defendants Cyndi Rusnak, PLLC, and Cyndi Rusnak ("Movants") filed their Motion for Summary Judgment [409]. Plaintiffs ("Respondents") have until on or before **December 28, 2016**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **January 4, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   14th   day of December, 2016.

                                                                               s/David Bramlette
                                                                            KEITH STARRETT
                                                                            UNITED STATES DISTRICT JUDGE