IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT WALKER, et al**                                                                                    **PLAINTIFFS**

**VERSUS**                                                                   **CAUSE NO: 1:14-cv-381-KS-JCG**

**JIMMY WILLIAMSON, et al**                                                                          **DEFENDANTS**

### MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AGREEMENT

Come now Jimmy Williamson, Jimmy Williamson, P.C., Cyndi Rusnak, Individually, and Cyndi Rusnak, PLLC ("Williamson and Rusnak"), by and through counsel, who hereby move the Court to enter the Agreed Confidentiality Order attached hereto as **Exhibit "A,"** as follows:

1. Discovery in this lawsuit has necessitated the disclosure of a great deal of confidential and proprietary information.

2. Some of this information relates to confidential information of third parties who are not involved in this lawsuit, including the clients of the parties.

3. The parties sought the entry of a protective confidentiality order several times, but could not, until recently, agree on the language or scope of such an order.

4. The parties continued with discovery while continuing to discuss and negotiate on the scope and language of a protective order.

5. The Agreed Confidentiality Order attached as Exhibit "A" is the result of those negotiations.

6. All parties now agree with the language and scope of the proposed Agreed Confidentiality Order attached as Exhibit "A," and all parties agree that said order will facilitate

open communications and further discovery while protecting the confidential information which is the subject of this lawsuit.

7. Entry of the proposed Agreed Confidentiality Order will not cause a delay in this matter, or prejudice to any parties. To the contrary, it will expedite the production of information and evidence, and protect against any prejudice.

8. Counsel for all parties have agreed to the proposed Agreed Confidentiality Order.

WHEREFORE, PREMISES CONSIDERED, Williamson and Rusnak, with approval from all counsel, hereby respectfully move the Court to enter the proposed Agreed Confidentiality Order attached as Exhibit "A."

Respectfully submitted this, the 11th day of January, 2017.

        JIMMY WILLIAMSON, JIMMY
        WILLIAMSON, P.C., CYNDI RUSNAK,
        AND CYNDI RUSNAK, PLLC, Defendants

        HAGWOOD ADELMAN TIPTON PC

        BY: /s/ J. Michael Coleman
            J. Michael Coleman (MSBN 99546)
            Carl Hagwood (MSBN 2039)

COUNSEL FOR DEFENDANTS:

J. Michael Coleman, Esquire
Jacob O. Malatesta, Esquire
Hagwood Adelman Tipton PC
One LeFleur's Square
4735 Old Canton Road, Suite 111
P.O. Box 14188
Jackson, MS   39236-4188
Telephone:     (601) 608-6300
Facsimile:     (601) 362-3642
Email: mcoleman@hatlawfirm.com
       jmalatesta@hatlawfirm.com

Carl Hagwood, Esquire
Hagwood Adelman Tipton
540 Main Street, Suite 403 (38701)
P.O. Box 4537
Greenville, MS  38704-4537
Telephone: (662) 335-5555
Facsimile: (662) 335-5700
Email: chagwood@hatlawfirm.com

Joe Sam Owen, Esquire
Justin Kopf, Esquire
Owen, Galloway & Myers, P.L.L.C.
1414 25th Avenue
Gulfport, MS  39502
Telephone: (228) 868-2821
Facsimile: (228) 864-6421
Email:  jso@owen-galloway.com

## CERTIFICATE OF SERVICE

I, J. Michael Coleman, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF Filing System which will send notification of such filing to the counsel of record for all parties to this proceeding:

        Ms. Tina Nicholson (nicholson@bakernicholson.com)
        Baker Nicholson, LLP
        2402 Dunlavy Street
        Houston, Texas 77006
            *Attorney for Plaintiffs and Precision Marketing Group, LLC*

        Mr. Nathan S. Farmer, Esquire (nsfpa.atty@gmail.com)
        Attorney at Law
        P.O. Box 1608
        Picayune, MS   39466
            *Attorney for Scott Walker, Kirk D. Ladner and Steve Seymour*

        Charles J. Mikhail, Esquire (charles@mlawoffices.net.)
        Mikhail Law Offices
        P.O. Box 38
        Wiggins, MS   39577
            *Attorney for Steve Seymour*

       George W. "Billy" Shepherd, Esquire
       Stephen R. Bailey, Esquire
       Allison Standish Miller, Esquire
       Lamar G. Sellers, Esquire
       Shepherd Prewett Miller PLLC
       770 South Post Oak Lane, Suite 420
       Houston, TX   77056
           *Counsel for Michael Pohl, Individually and d/b/a*
           *The Law Office of Michel A. Phol*

       William E. Whitfield, III, Esquire
       Copeland, Cook, Taylor & Bush, P.A.
       P.O. Box 10
       Gulfport, MS   39502
           *Co-Counsel for Michael Pohl, Individually and d/b/a*
           *The Law Office of Michael A. Phol*

This, the 11th day of January, 2017.

                                          */s/ J. Michael Coleman*
                                             J. Michael Coleman