**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**SCOTT WALKER, et al.**                                                                     **PLAINTIFFS**

**V.**                                                         **CIVIL ACTION NO. 1:14cv381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                                       **DEFENDANTS**

## ORDER

On April 6, 2017, Defendants filed their Motions *In Limine* [486][488]. Pursuant to the Case Management Order [118] and Local Uniform Civil Rule 7(b)(2)(E), responses to these motions are due seven days prior to the pretrial conference scheduled for April 20, 2017, making responses due on or before **April 13, 2017**.

SO ORDERED AND ADJUDGED this the ___6th___ day of April, 2017.

                                                        ___s/Keith Starrett_____
                                                        KEITH STARRETT
                                                        UNITED STATES DISTRICT JUDGE