**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

SCOTT WALKER, et al.                                                              PLAINTIFFS

V.                                                    CIVIL ACTION NO. 1:14cv381-KS-JCG

JIMMY WILLIAMSON, et al.                                                          DEFENDANTS

**ORDER**

On June 8, 2017, Defendant Michael Pohl ("Movant") filed his Motion to Enforce Settlement [13]. Respondents have until on or before **June 22, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **June 29, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___13th___ day of June, 2017.

                                                     __s/Keith Starrett_____
                                                    KEITH STARRETT
                                                    UNITED STATES DISTRICT JUDGE