### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

SCOTT WALKER, et al.                                                        PLAINTIFFS

v.                                                    CIVIL ACTION NO. 1:14-CV-381-KS-MTP

JIMMY WILLIAMSON, et al.                                                   DEFENDANTS


### ORDER

This matter is before the Court the Motion to Extension of Time to Comply with Order ("Motion to Extend") [526]. The Court originally gave Precision and Favre three days, or until July 24, 2017, to comply with its previous Order [525]. Counsel for Precision and Favre has represented that she and her co-counsel will be out of time and inaccessible until July 24, 2017. Despite the Court only giving three days in its Order [525], Precision and Favre ask the Court to extend their deadline to comply until July 31, 2017, twelve days after the Order [525] was filed and seven days after counsel represents she will be in town and accessible. While the Court is inclined to grant a short extension, it does not feel as if Precision and Favre have shown that this longer extension is necessary. The Motion to Extend is therefore **granted in part** and **denied in part**. Precision and Favre will have until on or before July 27, 2017, to comply with the Court's Order [525].

SO ORDERED AND ADJUDGED, on this, the ___24th___ day of July, 2017.


___s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE