IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT WALKER, et al.**                                                                                       **PLAINTIFFS**

**v.**                                                         **CIVIL ACTION NO. 1:14-CV-381-KS-MTP**

**JIMMY WILLIAMSON, et al.**                                                                        **DEFENDANTS**

## ORDER

This matter is before the Court the Motion for Stay During Appeal ("Motion to Stay") [533] filed by Plaintiff Precision Marking Group, LLC, and Scott Favre (collectively "Movants"). Movants agree that to receive a stay pending appeal, they must show a likelihood of success on the merits. Because none of the arguments presented in the Motion to Stay [533] were presented to the Court before it issued the Order [525] from which Movants appeal, they have no likelihood of success on appellate review. As such, the Motion to Stay [533] is **denied**.

SO ORDERED AND ADJUDGED, on this, the ___31st__ day of July, 2017.

                                             ___s/Keith Starrett_____
                                             KEITH STARRETT
                                             UNITED STATES DISTRICT JUDGE