IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT WALKER, et al.**                                                                             **PLAINTIFFS**

**V.**                                                              **CIVIL ACTION NO. 1:14cv381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                                                **DEFENDANTS**

### ORDER

On July 28, 2017, Defendant Michael Pohl ("Movant") filed his Motion for Show-Cause Order and Supplemental Relief [535].[1]  Respondents have until on or before **August 11, 2017**, to respond to this motion.  Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).  If Movant wishes to file a rebuttal, he may do so on or before **August 18, 2017**.  Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration.  L.U.Civ.R. 7(b)(4).  Any party seeking an extension must advise the Court whether it is opposed.  L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages.  L.U.Civ.R. 7(b)(5).  If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___31st___ day of July, 2017.

                                                ___s/Keith Starret_____
                                                KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE

---

[1] The Court interprets this motion as a motion for contempt, as a show cause order is only appropriate when the Court acts *sua sponte*.