**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**SCOTT WALKER, et al.**                                                          **PLAINTIFFS**

**v.**                                            **CIVIL ACTION NO. 1:14-CV-381-KS-MTP**

**JIMMY WILLIAMSON, et al.**                                              **DEFENDANTS**

**ORDER**

      Plaintiff Precision Marketing Group, LLC ("Precision") contacted the Court on August 2, 2017, through its new attorney Clark Hicks, seeking the Court's advice as to one document that has been withheld from Defendants.  After reviewing the document *in camera*, the Court finds that it likely should be turned over pursuant to the Settlement Agreement.  The document in question is an agreement between Scott M. Favre, LLC, and other parties to sell certain information.  Though Scott Favre was not a party to this case, he was undeniably a party to the Settlement Agreement.  *See* Confidential Settlement Agreement [513-1] at ¶ 3 (listing Scott Favre as one of the "Claimants").  Furthermore, the information at issue in the document was obviously obtained by Favre through his sole ownership of Precision, as it specifically mentions BP claims, Jimmy Williamson, Michael Pohl, Scott Walker, Kirk Ladner, and Steve Seymour.  Favre's use of a separate LLC for this agreement seems only to be an attempt to hide behind the corporate veil, which the Court does not believe should be allowed.  However, in the interest of justice, the Court will allow Precision and Favre to submit additional arguments on the record as to why this document should not be turned over and will allow these arguments to be filed under seal.

      IT IS THEREFORE ORDERED AND ADJUDGED that Precision and Favre are given until **August 25, 2017**, to file additional arguments under seal showing why this document should not be turned over to Defendants.

SO ORDERED AND ADJUDGED, on this, the __9th___ day of August, 2017.

_s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE