October 3, 2017

To: Scott Favre
     Tina Nicholson

I was recently informed by Kassab Law firm from Houston Texas that they had a copy of my affidavit I signed. I don't know why my affidavit is posted on the internet without my permission. Unfortunately for you, you lied to me and did not keep your word, regarding your promise to pay me for the work I performed if I cooperated with an Affidavit. You flew me to Louisiana with a promise to pay me for the work I was owed by Precision Marketing if I agreed to sign the affidavit you typed. The affidavit was a testimony I signed exactly as you wanted.

Ms. Nicholson you were in Scott's office when I was promised to pay. you are also culpable to the harassment and unethical treatment, I received. You guys should be ashamed of yourselves. Your actions are not that of honorable people. Your actions are inconsistent with laws that protect people. No one is above the law and should feel they have power to hurt others with the system. I need you to remove my affidavit from the internet. If you do not remove the affidavit and pay me as promised. I will retract the affidavit that I signed under false promises. stress. and deception. My mother is a witness to your phone calls and harassment to myself and my brother. I was forced into signing an affidavit I did not feel comfortable with. Please comply with removal of affidavit and monies that are owed for the work performed by October 15th 2017.

If noncompliance. I will be forced to use all means afforded to me legally and fairly to right the wrong, including Attorney General's Office in Texas and Louisiana. Texas Bar. blogs. etc. Additionally, I will be including the Honorable Judge Keith Starrett so that he is aware of your deceptive practices, unethical actions, and failure to pay me as promised for the work I performed.

Magdalena Santana

Cc: Honorable Judge Keith Starrett

CASE NO. 1114-CV-381
Walker, et al
VS. Williamson et al
                    Courts
PLAINTIFF'S EXHIBIT Exh. #1
DATE _____ IDEN.
DATE 10-25-17 EVID.
BY Debra Jackson
                    Deputy Clerk
AO 386