IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT WALKER, et al.**                                                                       **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO. 1:14-CV-381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                                            **DEFENDANTS**

## ORDER

This matter is before the Court on the Motion for Order to Show Cause [535] filed by Defendant Michael Pohl and joined by Defendants Jimmy Williamson and Cyndi Rusnak.  The Court has determined that the testimony of Tina Nicholson is necessary for the resolution of this motion and hereby permits Defendants to depose Ms. Nicholson.  This deposition shall be limited to those issues relevant to the motion pending before the Court.

Once the deposition transcript of Ms. Nicholson is submitted to the Court, parties shall be allotted 30 days to simultaneously submit any supplemental briefing they wish for the Court to consider.

SO ORDERED AND ADJUDGED, on this, the 26th day of October, 2017.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE