FORM 6 (ND/SD MISS. DEC. 2016)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT WALKER, Individually and d/b/a Maxwell & Walker Consulting Group, LLC and/or d/b/a Precision Marketing Group, LLC; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>JIMMY WILLIAMSON, Individually And/or As the Director and President Of Jimmy Williamson, P.C. and/or d/b/a The Law Office of Michael Pohl, and in Partnership and/or a Joint Venture with Michael Pohl, et al.,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CAUSE NO. 1:14-cv-381-KS-JCG |

**APPLICATION FOR ADMISSION PRO HAC VICE**

(A)   Name:   John Zavitsanos

    Firm Name:   Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.

    Office Address:   1221 McKinney Street, Suite 2500

    City:   Houston   State Texas   Zip 77010

    Telephone:   713-655-1101   Fax: 713-655-0062

    E-Mail:   jzavitsanos@azalaw.com

(B)   Client(s):   Cyndi Rusnak

    Address:   4310 Yoakum Boulevard

1

FORM 6 (ND/SD MISS. DEC. 2016)

City: Houston         State Texas    Zip 77006

Telephone: 713-223-3330     Fax: 713-223-0001

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

**I have a prior and continuing representation of Cyndi Rusnak in one or more other matters, and there is a relationship between one or more of those other matters and this case.**

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

**I practice law in Houston, Texas, where one or more depositions will take place in this case in the near future, and my client has requested that I assist Joe Sam Owen, the resident attorney, while he participates in such depositions.**

(C) I am admitted to practice in the:

   __X__        **State of Texas**

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Texas,
201 W. 14th Street
Austin, TX 78701
(512) 463-1312

www.supreme.courts.state.tx.us

FORM 6 (ND/SD MISS. DEC. 2016)

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| All State Courts in Texas | 1987 – present |
| U.S. District Court, S.D. Texas | 1988 – present |
| U.S. District Court, W.D. Texas | 1995 – present |
| U.S. District Court, N.D. Tex. | 1997 – present |
| U.S. District Court, E.D. Tex. | 1999 – present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? |  | x |
|  | Have you had admission pro hac vice revoked in this state? |  | x |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

**Not Applicable.**

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? |  | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

FORM 6 (ND/SD MISS. DEC. 2016)

**Not Applicable.**

|   |   | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |   | x |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**Not Applicable.**

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

None / Not Applicable.

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None / Not Applicable.

|   |   | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | x |   |
|   | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | x |   |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Joe Sam Owen, Mississippi Bar Number 3965

Firm Name:   Owen, Galloway & Myers

Office Address:   1414 25th Avenue

City: Gulfport   State: MS   Zip: 39501

Telephone: 228-265-5109   Fax: 228-864-6421

Email address:   jso@owen-galloway.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

11-7-17
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

FORM 6 (ND/SD MISS. DEC. 2016)

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 7th day of November, 2017

_____
Resident Attorney