IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SCOTT WALKER, et al.**                                                                                    **PLAINTIFFS**

**V.**                                                          **CIVIL ACTION NO. 1:14cv381-KS-JCG**

**JIMMY WILLIAMSON, et al.**                                                                       **DEFENDANTS**

## ORDER

On February 15, 2018, Defendant Michael Pohl ("Movant") filed his Motion for Attorney Fees [586]. Respondents have until on or before **March 1, 2018**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **March 8, 2018**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the 20th day of February, 2018.

                  *s/Keith Starrett*
                  UNITED STATES DISTRICT JUDGE